■ In the Matter of JOSEPH PAIGE for Reinstatement to the Bar of the State of New York.—Motions for reinstatement granted and petitioner will be reinstated as an attorney and counselor at law in the State of New York upon taking the appropriate oath. Concur—Murphy, P. J., Birns, Lupiano and Silverman, JJ.